# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**Todd Blaney, Jr.**<br>v.<br>**City of Chicago, et al.** | Case Number:<br>FILED: JUNE 02, 2008<br>08CV3170     TC<br>JUDGE ASPEN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago**

| |
|---|
| NAME (Type or print)<br>**Naomi Avendano** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ **Naomi Avendano** |
| FIRM<br>**Corporation Counsel's Office** |
| STREET ADDRESS<br>**30 N. La Salle St., Suite 1400** |
| CITY/STATE/ZIP<br>**Chicago, IL 60602** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06203689** | TELEPHONE NUMBER<br>**312-742-7880** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐