IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD BLANEY JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, OFFICER SHANNON, ) <br> STAR #16066, OFFICER FLAGG, STAR #9386 ) <br> SERGEANT O'NIELL, STAR # 2063 ) <br> OFFICER WASAK, STAR #19258, OFFICER ) <br> GLYNN, STAR # 12217, OFFICER DOHERTY, ) <br> STAR # 6032, OFFICER MORRIN, STAR # 5606, ) <br> AND UNKNOWN CHICAGO POLICE ) <br> OFFICERS ) <br> Defendants. ) | NO. 08 C 3170 <br><br> HON. JUDGE ASPEN <br> Judge Presiding <br><br> MAGISTRATE JUDGE MASON |

**DEFENDANTS' JOINT AGREED MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Officer Shannon, Sergeant O'Niell, Officer Wasak, Officer Glynn, Officer Doherty, Officer Morrin, and the City of Chicago (the "City"), by their attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, move for an extension of time up to and including August 6, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the defendants state as follows:

1.  On April 22, 2008, plaintiff filed the current action, alleging state law and constitutional violations against the defendants in the Circuit court of Cook County, Law Division.

2.  Plaintiff's complaint and summons were served on the City on May 2, 2008 and the City removed the action to Federal Court on June 3, 2008. The City was due to answer or otherwise plead by June 10, 2008.

3.  Undersigned counsel was assigned this matter on June 30, 2008.

4.  Counsel for the City and counsel for the individual officers have just begun the process of investigating the allegations in plaintiff's Complaint, however require more time to properly answer or otherwise plead to plaintiff's Complaint.

5.\tTherefore, counsel for the City and counsel for the individual officers requests an extension of time to August 6, 2008, to answer or otherwise plead to plaintiff's Complaint.

6.\tCounsel for the individual officers spoke to plaintiff's counsel on July 11, 2008 and plaintiff's counsel has no objection to this motion.

7.\tThis motion is the defendants' first request for an extension of time to answer or otherwise plead.  This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City and the individual defendants respectfully requests that this Court grant it an extension of time up to an including August 6, 2008, to answer or otherwise plead to plaintiff's complaint.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL

                        BY:   /s/ *Helen C. Gibbons*
                                        HELEN C. GIBBONS
                                        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541
Atty. No. 6292881

                                        */s/ Thomas H. Freitag*
                                        THOMAS H. FREITAG
                                        Assistant Corporation Counsel

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391
Atty. No. 6272245

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 16th day of July, 2008.

                              /s/ Helen C. Gibbons
                              HELEN C. GIBBONS