IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD BLANEY JR., | ) | |
| | ) | |
| Plaintiff, | ) | NO.  08 C 3170 |
| | ) | |
| v. | ) | HON. JUDGE ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, OFFICER SHANNON, | ) | |
| STAR #16066, OFFICER FLAGG, STAR #9386 | ) | MAGISTRATE JUDGE MASON |
| SERGEANT O'NIELL, STAR # 2063 | ) | |
| OFFICER WASAK, STAR #19258, OFFICER | ) | |
| GLYNN, STAR # 12217, OFFICER DOHERTY, | ) | |
| STAR # 6032, OFFICER MORRIN, STAR # 5606, | ) | |
| AND UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other Judge sitting in his place or stead, on the 24th day of July, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 16th day of July 2008.

                                                MARA S. GEORGES
                                                CORPORATION COUNSEL
                                                CITY OF CHICAGO

                             BY:   /s/ Helen C. Gibbons_____

City of Chicago, Department of Law      HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020        Assistant Corporation Counsel
Chicago, Illinois  60602                       Attorney for Defendant City
(312) 742-3541