IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD BLANEY JR., | ) | |
| | ) | |
| Plaintiff, | ) | NO.  08 C 3170 |
| | ) | |
| v. | ) | HON. JUDGE ASPEN |
| | ) | Judge Presiding |
| CITY OF CHICAGO, OFFICER SHANNON, | ) | |
| STAR #16066, OFFICER FLAGG, STAR #9386 | ) | MAGISTRATE JUDGE MASON |
| SERGEANT O'NIELL, STAR # 2063 | ) | |
| OFFICER WASAK, STAR #19258, OFFICER | ) | |
| GLYNN, STAR # 12217, OFFICER DOHERTY, | ) | |
| STAR # 6032, OFFICER MORRIN, STAR # 5606, | ) | |
| AND UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Christopher Smith                         Helen Gibbons
      Law Offices of Christopher R. Smith      Assistant Corporation Counsel
      119 North Peoria, Suite 3A               30 N. LaSalle Suite 1020
      Chicago, Illinois  60607                 Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' RULE 12(B)(6) MOTION TO DISMISS**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Marvin E. Aspen, or before such other Judge sitting in his place or stead, on **August 14th, 2008, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2568**, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 6th day of August, 2008.

                                        Respectfully submitted,
                                        By:
                                        /S/ Thomas H. Freitag
                                        Thomas H. Freitag
30 North LaSalle Street                 Assistant Corporation Counsel
Suite 1400
Chicago, Illinois  60602
(312) 742-7391
Atty. No. 06272245

**CERTIFICATE OF SERVICE**

     The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICERS' RULE 12(B)(6) MOTION TO DISMISS** was served upon the above-named at the above addresses by U.S. Mail on the 6th day of August, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                                              */s/ Thomas H. Freitag*
                                              THOMAS H. FREITAG
                                              Asst. Corporation Counsel