IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD BLANEY JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-c-3170 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Judge Aspen |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Plaintiff Todd Blaney, Jr., through his attorneys, Christopher R. Smith, A Law Office of Christopher R. Smith, respectfully moves this Honorable Court for an extension of time to file plaintiff's Motion to Dismiss response.

In support of this Motion, plaintiff states as follows:

1. This case was removed by Defendant's from state court and thereafter on August 6, 2008 filed a motion to dismiss.

2. Pursuant to this Court's order on August 12, 2008, Plaintiff's response to Defendant's motions to dismiss is due on or before August 28, 2008.

3. At this time plaintiff's attorneys have been preparing motion to dismiss responses <u>Heiddegar, et. al., v. City of Chicago, et. al.  07 C 5738</u> and <u>Reyes v. City of Chicago, et. al., No. 1:07-cv-06877</u> cases involving Civil RICO claims against the Chicago Police Department;  Plaintiff's attorneys have been preparing responses to the Appeal brought in the Seventh Circuit by the County of Cook, the Sheriff and individual Sheriffs involving Monell claims about widespread health care practices in the case of

Thomas v. Sheriff of Cook County, et. al., 04 C 3563 due September 5, 2008; plaintiff's attorneys are preparing response to Motion for Motions for new trial in Jackson v. Chicago, 03 C 828 before the Honorable Judge Castillo, due August 29, 2008 and accompanying fee petitions; plaintiff's attorneys are in the process of preparing cross motions for summary judgment motions in Thompson v. City of Chicago, 06-C-5462 before the Honorable Judge Guzman. Attorney Christopher Smith has had approximately four deposition a week in Taylor v. City of Chicago, 07 C 4362 for a trial set before the Honorable Judge Castillo for October 14, 2008.

      4.      Plaintiff files the instant motion a week before the response deadline because it will be nearly impossible for plaintiff's counsel to complete a sound response in this case within one week. Additionally, as of September 1, 2008 additional experienced counsel will be joining the firm.

      5.      The instant motion is not made for the purposes of delay.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting plaintiff's Motion for an Extension of Time through and including September 10, 2008.

                Respectfully submitted,

                Todd Blaney, Jr.

                ____s/ Christopher R. Smith_____
                    One of his Attorneys

A LAW OFFICE OF CHRISTOPHER R. SMITH
Christopher R. Smith

119 North Peoria, Suite 3A
Chicago, Illinois 60607
312-432-0400

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Plaintiff's Motion for an Extension of Time, on the below-listed attorneys by electronic means on August 22, 2008 in accordance with this Court's rules.

| **ELECTRONICALLY:** | **ELECTRONICALLY:** | **ELECTRONICALLY:** |
|---|---|---|
| Thomas Frietag | Helen Catherine Gibbons | Naomi Ann Avendano |
| City of Chicago | City of Chicago | City of Chicago |
| Department of Law | Department of Law | Department of Law |
| 30 N. LaSalle Street | 30 N. LaSalle Street | 30 N. LaSalle Street |
| Suite 1400 | Suite 1400 | Suite 1400 |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

           /s Christopher R. Smith
           _____

           Christopher R. Smith
           A LAW OFFICE OF
           CHRISTOPHER R. SMITH
           119 N. Peoria Street, Suite 3A
           Chicago, IL 60607
           312-432-0400