**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TODD BLANEY JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-c-3170 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et. al. ) | Judge Aspen |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

   **PLEASE TAKE NOTICE that on August 26, 2008 at 10:30 a.m.**, we shall appear before the Honorable Judge Aspen, in the courtroom usually occupied by him and then and there present the attached **Motion for Extension of Time to Respond**, a copy of which is hereby served upon you.

   /s Christopher R. Smith
   One of Plaintiff's attorneys

Christopher R. Smith
A Law Office of Christopher R. Smith
119 North Peoria, Suite 3A
Chicago, Illinois 60607
312-432-0400

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he served a copy of this Certificate of Service and accompanying Plaintiff's Motion for an Extension of Time, on the below-listed attorneys by electronic means on August 22, 2008 in accordance with this Court's rules.

| **ELECTRONICALLY:** | **ELECTRONICALLY:** | **ELECTRONICALLY:** |
|---|---|---|
| Thomas Frietag | Helen Catherine Gibbons | Naomi Ann Avendano |
| City of Chicago | City of Chicago | City of Chicago |
| Department of Law | Department of Law | Department of Law |
| 30 N. LaSalle Street | 30 N. LaSalle Street | 30 N. LaSalle Street |
| Suite 1400 | Suite 1400 | Suite 1400 |
| Chicago, IL 60602 | Chicago, IL 60602 | Chicago, IL 60602 |

/s Christopher R. Smith

Christopher R. Smith
A LAW OFFICE OF CHRISTOPHER R. SMITH
119 N. Peoria Street, Suite 3A
Chicago, IL 60607
312-432-0400