UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Todd Blaney Jr.
          Plaintiff,

v.                  Case No.: 1:08−cv−03170
                  Honorable Marvin E. Aspen

City Of Chicago, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen dated 8/25/08:Plaintiff's Motion for extension of time to file response regarding MOTION by Defendants Wasak, Glynn, Doherty, Morrin, Shannon, O'Neill to dismiss [14] [17] is granted. Motion terminated. Plaintiff is given an extension of time up to and including 9/10/2008, to file response to defendants' motion to dismiss. Defendants are to reply by 9/24/2008. The ruling date of 10/9/08 is reset to 10/23/08 at 10:30 a.m. The motion hearing set for 8/26/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.